[No. 19796–7–I. Division One. November 21, 1988.]

ROXANNE GREEN BURKE, *Respondent*, v. FRANK BEAN, ET AL, *Defendants*, GERALD B. NETZKY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–10125–8, Robert E. Dixon, J., entered December 15, 1986. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Swanson and Thompson, JJ.

[No. 18915–8–I. Division One. November 21, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBEN JAMES KRUP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01908–7, Charles V. Johnson, J., entered July 23, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 11385–6–II. Division Two. November 21, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY M. ESPOSITO, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86–1–00188–8, David R. Draper, J., entered September 10, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.